Scott L. Poisson, Esq.
Nevada Bar No. 10188
Brandon C. Verde, Esq.
Nevada Bar No. 14638
BERNSTEIN & POISSON
700 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
Email: brandon@vegashurt.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Pitts, individually; Dawn Pitts, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>Werner Co. dba Keller Ladders; and DOES 1 through 100; and ROE CORPORATIONs 101 through 200, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00935<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiffs James and Dawn Pitts ("Plaintiffs") by and through their attorney Brandon C. Verde, Esq. and Defendant Werner Co. ("Defendant") by and through it attorney David T. Gluth, Esq., (collectively "the Parties") hereby stipulate as follows:

1. Plaintiffs' Complaint was filed in state court on March 1, 2018.
2. Defendant filed an answer in state court on April 28, 2018.
3. Defendant timely removed the case to this Court on May 22, 2018 (ECF No. 1).

4. On June 28, 2018, Defendant filed a Motion for Judgment on the Pleadings (ECF No. 10). Responses are currently due on July 12, 2018.

5. The Parties hereby agree that the Plaintiffs' Complaint against Defendant be dismissed with prejudice and that an Order dismissing the above-entitled action be entered accordingly, with each party to bear their own attorneys' fees and costs.

6. The Parties further stipulate that Defendant's Motion for Judgment on the Pleadings (ECF No. 10) is withdrawn.

DATED this ____ day of July 2018.  
GORDEN REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen, Esq.*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, II, Esq.
Nevada Bar No. 10596
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
Attorneys for Defendant.

DATED this ____ day of July 2018.  
BERNSTEIN & POISSON

*/s/Brandon C. Verde Esq.*
Brandon C. Verde, Esq.
Nevada Bar No. 14638
700 S. Jones Blvd
Las Vegas, NV 89107
Attorneys for Plaintiffs

## **ORDER**

IT IS SO ORDERED.

UNITED DISTRICT COURT JUDGE

DATED: July 11, 2018